within five days after service upon him of a copy of the order herein, if he has not already so pleaded over. For former opinion, see 159 App. Div. 821, 145 N. Y. Supp. 27. See, also, 145 N. Y. Supp. 1145.

SHUMAN v. SHUMAN. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Lillian B. Shuman against George H. Shuman. No opinion. Motion to dismiss appeal denied. Order filed.

SIMEK v. BELLE ISLE. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Marek Simek, as administrator, against Joseph F. Belle Isle. No opinion. Order denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1145.

SINAI v. KARP et al. (two cases). (Supreme Court, Appellate Division, First Department. February 20, 1914.) Actions by Ray Sinai and by Mollie Sinai against Joseph Karp, impleaded with Simon S. Rosenstamm. J. J. Mahoney, of New York City, for appellant. F. Herwig, of New York City, for respondent. No opinions. Judgments and orders appealed from affirmed, with costs. Orders filed.

SISSELMAN, Appellant, v. SUTHERLAND, Respondent. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Sam Sisselman against Elmer Sutherland. J. T. Booth, of New York City, for appellant. H. W. Smith, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SIXTY WALL STREET v. CLEVENGER. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Sixty Wall Street against Joseph R. Clevenger. No opinion. Application granted. Order signed.

SKRABAL, Appellant, v. TAUS, Respondent, et al. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Action by Mary Skrabal, as executrix, against Joseph Taus, impleaded. H. B. Lewis, of New York City, for appellant. J. F. Tausch, of New York City, for respondent.
PER CURIAM. Judgment affirmed, with costs. Order filed.
CLARKE and HOTCHKISS, JJ., dissent.

SMITH v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Charles W. Smith against the City of New York. No opinion. Application denied, with $10 costs. Order signed. See, also, 83 Misc. Rep. 98, 144 N. Y. Supp. 676.

SNYDER, Respondent, v. HYGEIA REFRIGERATING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Jacob H. Snyder against the Hygeia Refrigerating Company. No opinion. Judgment and order affirmed, with costs.

SNYDER v. PRUDENTIAL INS. CO. OF AMERICA. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Action by Harry B. Snyder against the Prudential Insurance Company of America. No opinion. Application denied, with $10 costs. Order signed.

SOLOVIE et al., Respondents, v. WHELAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Jacob Solovie and another against Jane Whelan. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements, without, however, passing on the applicable rule of damages.

SOUTHERN DUTCHESS GAS & ELECTRIC CO., Respondent, v. MURPHEY et al., Appellants. (Appeal No. 2.) (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by the Southern Dutchess Gas & Electric Company against Harry E. Murphey and others.
PER CURIAM. Order affirmed, with $10 costs and disbursements. We think the powers conferred on electric light companies by Transportation Corporation Law (Consol. Laws, c. 63) § 61, subd. 2, also under the franchise to use the streets of Fishkill, did not take from plaintiff the power also to condemn an easement over the property of defendants, such as it sought to do in these proceedings.

SPINA v. CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Antonio Spina, as administrator, etc., against the City of New York. No opinion. Motions denied, without costs. See, also, 145 N. Y. Supp. 1146.

STEINERT v. VAN AKEN et al. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Henry N. Steinert, as receiver, against Charles H. Van Aken and others. No opinion. Motion denied, with costs. Order filed. See, also, 145 N. Y. Supp. 760.

STERN et al., Respondents, v. HERZMANSKY, Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Appeal from Special Term, New York County. Action by Joseph W. Stern and others against Bernard Herzmansky. From an order denying a motion to vacate the attachment, defendant appeals. Modified and affirmed. Nathan Burkan, of New York City, for appellant.